UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                                       **CONSENT TO PROCEED BY VIDEO OR**
                                                                             **TELE CONFERENCE**
                            -against-

                                                                           20 -CR- 563   ( )( )

    JAMA MOHAMOUD
                                      Defendant(s).
-------------------------------------------------------------------X

Defendant JAMA MOHAMOUD hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

X       Initial Appearance Before a Judicial Officer

X       Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


/s/ Authorized to sign by counsel, JGP
_____             _____
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JAMA MOHAMOUD                                         Jeffrey Pittell
Print Defendant's Name                                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 11/2/2020                                                     _____
Date                                                             U.S. Magistrate Judge