# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

February 11, 2021

Judge J. Paul Oetken
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *U.S. v. Mohamoud* 20 cr 563 (JPO)

Dear Judge Oetken:

I am counsel for Jama Mohamoud a defendant in the above referenced matter.

Mr. Mohamoud is currently on pretrial release pursuant to an unsecured surety bond. Among other conditions, the bond limits his travel to the Districts of New Jersey and New York (SDNY & EDNY). He is currently resides in New Jersey and is under supervision by the District of New Jersey Pretrial Services Office.

Later this month, Mr. Mohamoud seeks to travel to Miami and/or Puerto Rico, for approximately 4 to five days, for a birthday celebration. I have conferred with USPTO Daniel Milne, Mr. Mohamoud's supervising officer in New Jersey. He confirms Mr. Mohamoud has been in compliance with his supervision. I am informed by USPTO Courtney DeFeo that the SDNY Pretrial Service Office does not take a position on this request. The Government informs they defer to the discretion of Pretrial Services.

In light of the foregoing, I respectfully request the terms of Mr. Mohamoud's bond be temporarily modified to allow for the travel referenced in this letter. In the event this request is approved, Mr. Mohamoud will provide the details of his itinerary to his supervision Pretrial Officer.

> Granted. Defendant shall notify the pretrial services officer of his itinerary, including travel dates, by no later than 72 hours prior to his departure.
>    So ordered: 2/11/2021

Respectfully submitted,
/s/
Jeffrey G. Pittell

_____
J. PAUL OETKEN
United States District Judge