# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

April 30, 2021

Judge J. Paul Oetken
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Mohamoud* 20 cr 563 (JPO)

Dear Judge Oetken:

I am counsel for Jama Mohamoud a defendant in the above referenced matter.

Mr. Mohamoud is currently on pretrial release pursuant to an unsecured surety bond. Among other conditions, the bond limits his travel to the Districts of New Jersey and New York (SDNY & EDNY). He is currently resides in New Jersey and is under supervision by USPTO Daniel Milne who working in the District of New Jersey Pretrial Services Office.

Next month (during May), Mr. Mohamoud seeks to travel to Kissimmee, Florida for approximately four days. It is my understanding that Mr. Mohamoud has been fully compliant with the terms of his supervision. I have conferred with USPTO Courtney DeFeo, Mr. Mohamoud's supervising SDNY Pretrial Services Officer. She informs that the SDNY Pretrial Services Office does not take a position on this request. The Government informs they defer to the discretion of Pretrial Services.

In light of the foregoing, I respectfully request the terms of Mr. Mohamoud's bond be temporarily modified to allow for the travel referenced in this letter. In the event this request is approved, Mr. Mohamoud will provide the details of his itinerary to his supervising Pretrial Officer.

Granted.
So ordered.
  May 3, 2021

Respectfully submitted,
/s/
Jeffrey G. Pittell

_____
J. PAUL OETKEN
United States District Judge